UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**TERRY CICIO,**

                **Plaintiff,**

    **vs.**                                                      **9:11-CV-1196**

**P. WILLIAMS,** *et al.*,

                **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

**I.    INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to Magistrate Judge Baxter's Report-Recommendation [dkt. # 26] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation [dkt. # 26] for the reasons stated therein.  Defendants' motion for summary judgment [dkt. # 20] is

1

**GRANTED**, and the complaint is **DISMISSED IN ITS ENTIRETY.**

**IT IS SO ORDERED.**

**Dated:** June 18, 2013

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge