**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────

**TERRY CICIO,**

                        **Plaintiff,**

    **vs.**                                                 **9:11-CV-1196**

**P. WILLIAMS,** *et al.*,

                        **Defendants.**

─────────────────────────────────────

**THOMAS J. McAVOY,**
**Senior United States District Judge**

# DECISION & ORDER

## I.    INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Baxter's Report-Recommendation [dkt. # 26] have been filed, and the time to do so has expired.

## II.    DISCUSSION

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

## III.    CONCLUSION

Accordingly, the Court **ADOPTS** the Report-Recommendation [dkt. # 26] for the reasons stated therein. Defendants' motion for summary judgment [dkt. # 20] is

1

**GRANTED**, and the complaint is **DISMISSED IN ITS ENTIRETY**.

**IT IS SO ORDERED.**

**Dated:** June 18, 2013

_____
Thomas J. McAvoy
Senior, U.S. District Judge